**Thomas HODGSON, New Jersey State Prison Farm, Rahway, New Jersey, Appellant**

v.

**Warren PINTO, Superintendent, New Jersey State Prison Farm, Rahway, New Jersey.**

**No. 14825.**

United States Court of Appeals Third Circuit.

Submitted May 19, 1964.

Decided May 28, 1964.

Thomas Hodgson, pro se.

Eugene T. Urbaniak, Deputy Atty. Gen., Trenton, N. J. (Arthur J. Sills, Atty. Gen., of New Jersey, on the brief), for appellee.

Before KALODNER, GANEY and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court of January 21, 1964 dismissing the complaint will be affirmed.

■

**Albert Francis FRAZIER, Appellant,**

v.

**O. G. BLACKWELL, Warden, United States Penitentiary, Lewisburg, Pennsylvania.**

**No. 14852.**

United States Court of Appeals Third Circuit.

Submitted May 18, 1964.

Decided May 26, 1964.

Albert Francis Frazier, pro se.

Bernard J. Brown, U. S. Atty., Scranton, Pa. (Harry A. Nagle, Asst. U. S. Atty., Lewisburg, Pa., on the brief), for appellee.

Before HASTIE, GANEY and SMITH, Circuit Judges.

PER CURIAM.

We have examined the record and briefs in this case and find no error in the refusal of the court below to order the release of the appellant from custody.

The judgment will be affirmed.